UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:22-CR-114-RFB-BNW |
| Plaintiff, | **Final Order of Forfeiture** |
| v. | |
| REGINA BRICE, | |
| Defendant. | |

The United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture under Fed. R. Crim. P. 32.2(b)(1) and (b)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); and 18 U.S.C. § 982(a)(7) based upon the plea of guilty by Regina Brice to the criminal offense, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement and Forfeiture Allegation One of the Criminal Indictment and shown by the United States to have the requisite nexus to the offense to which Regina Brice pled guilty. Criminal Indictment, ECF No. 1; Change of Plea, ECF No. 56; Preliminary Order of Forfeiture, ECF No. 57; Plea Agreement, ECF No. 58.

This Court finds that on the government's motion, the Court may at any time enter an order of forfeiture or amend an existing order of forfeiture to include subsequently located property or substitute property under Fed. R. Crim. P. 32.2(e) and 32.2(b)(2)(C).

The in personam criminal forfeiture money judgment amount of $1,137,513.40 complies with *United States v. Lo*, 839 F.3d 777 (9th Cir. 2016); *Honeycutt v. United States*, 581 U.S. 443 (2017); *United States v. Thompson*, 990 F.3d 680 (9th Cir. 2021); and *United States v. Prasad*, 18 F.4th 313 (9th Cir. 2021).

1  This Court finds the United States published the notice of forfeiture in accordance
2  with the law via the official government internet forfeiture site, www.forfeiture.gov,
3  consecutively from December 17, 2024, through January 15, 2025, notifying all potential
4  third parties of their right to petition the Court. Notice of Filing Proof of Publication
5  Exhibits, ECF No. 59-1, p. 5.
6  This Court finds the United States notified known third parties by regular mail and
7  certified mail return receipt requested of their right to petition the Court. Notice of Filing
8  Service of Process – Mailing, ECF No. 61.
9  On December 23, 2024, the United States Attorney's Office served Aaron D. Ford,
10 Nevada Attorney General, Office of the Attorney General, at zip code 89701 with copies of
11 the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail
12 return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 61-1, p. 3,
13 7-14, 16-17.
14 On December 23, 2024, the United States Attorney's Office attempted to serve
15 Above and Beyond Behavioral Health Services, Inc., c/o Mercedes Ward, Treasurer, at zip
16 code 89074 with copies of the Preliminary Order of Forfeiture and the Notice through
17 regular mail and certified mail return receipt requested. Both mailings were returned
18 attempted-not known, unable to forward. Notice of Filing Service of Process – Mailing,
19 ECF No. 61-1, p. 3, 7-14, 18-20.
20 On December 23, 2024, the United States Attorney's Office attempted to serve
21 Above and Beyond Behavioral Health Services, Inc., c/o Porchett Ward, Director, at zip
22 code 89179 with copies of the Preliminary Order of Forfeiture and the Notice through
23 regular mail and certified mail return receipt requested. Both mailings were returned
24 attempted-not known, unable to forward. Notice of Filing Service of Process – Mailing,
25 ECF No. 61-1, p. 3, 7-14, 21-23.
26 On December 23, 2024, the United States Attorney's Office served Joe Brice at zip
27 code 85139 with copies of the Preliminary Order of Forfeiture and the Notice through
28 / / /

1 | regular mail and certified mail return receipt requested. Notice of Filing Service of Process –
2 | Mailing, ECF No. 61-1, p. 3, 7-14, 24-25.
3 |   On December 23, 2024, the United States Attorney's Office served and attempted to
4 | serve Joe Brice at zip code 89081 with copies of the Preliminary Order of Forfeiture and the
5 | Notice through regular mail and certified mail return receipt requested. The certified mail
6 | was returned unclaimed, unable to forward. Notice of Filing Service of Process – Mailing,
7 | ECF No. 61-1, p. 3, 7-14, 26-28.
8 |   On December 23, 2024, the United States Attorney's Office attempted to serve Joe
9 | Brice, individually; as Registered Agent for Above and Beyond Behavioral Health Services,
10 | Inc., at zip code 89074 with copies of the Preliminary Order of Forfeiture and the Notice
11 | through regular mail and certified mail return receipt requested. Both mailings were
12 | returned attempted-not known, unable to forward. Notice of Filing Service of Process –
13 | Mailing, ECF No. 61-1, p. 3-4, 7-14, 29-31.
14 |   On December 23, 2024, the United States Attorney's Office attempted to serve Joe
15 | Brice, individually and as Secretary for Above and Beyond Behavioral Health Services, Inc.,
16 | at zip code 89149 with copies of the Preliminary Order of Forfeiture and the Notice through
17 | regular mail and certified mail return receipt requested. Both mailings were returned
18 | attempted-not known, unable to forward. Notice of Filing Service of Process – Mailing,
19 | ECF No. 61-1, p. 4, 7-14, 32-34.
20 |   On December 23, 2024, the United States Attorney's Office served and attempted to
21 | serve Regina Brice at zip code 89081 with copies of the Preliminary Order of Forfeiture and
22 | the Notice through regular mail and certified mail return receipt requested. The certified
23 | mail was returned unclaimed, unable to forward. Notice of Filing Service of Process –
24 | Mailing, ECF No. 61-1, p. 4, 7-14, 35-37.
25 |   On December 23, 2024, the United States Attorney's Office attempted to serve
26 | Regina Brice, individually and as President for Above and Beyond Behavioral Health
27 | Services, Inc., at zip code 89149 with copies of the Preliminary Order of Forfeiture and the
28 | Notice through regular mail and certified mail return receipt requested. Both mailings were

returned attempted-not known, unable to forward. Notice of Filing Service of Process – Mailing, ECF No. 61-1, p. 4, 7-14, 38-40.

On December 23, 2024, the United States Attorney's Office served Richard Whitley, Director, Nevada Department of Health and Human Services, at zip code 89703 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 61-1, p. 4, 7-14, 41-42.

On December 23, 2024, the United States Attorney's Office served Stacie Weeks, Administrator, Division of Health Care Financing and Policy, Nevada Department of Health and Human Services, at zip code 89701 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 61-1, p. 4, 7-14, 43-45.

On January 14, 2025, the United States Attorney's Office served Above and Beyond Behavioral Health Services, Inc., c/o Mercedes Ward, Treasurer, at zip code 89179 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 61-1, p. 4, 7-14, 46-47.

On January 14, 2025, the United States Attorney's Office served Above and Beyond Behavioral Health Services, Inc., c/o Porschett Ward, Director, at zip code 89113 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. Notice of Filing Service of Process – Mailing, ECF No. 61-1, p. 5, 7-14, 48-49.

On January 14, 2025, the United States Attorney's Office served and attempted to serve Above and Beyond Behavioral Health Services, Inc., c/o Porschett Ward, Director, at zip code 89081 with copies of the Preliminary Order of Forfeiture and the Notice through regular mail and certified mail return receipt requested. The USAO suspects the certified mail will be returned. On January 16, 2025, Porschett Ward called the United States

/ / /

Attorney's Office with actual knowledge of the mailing of Notice and Preliminary Order sent to her. Notice of Filing Service of Process – Mailing, ECF No. 61-1, p. 5, 7-14, 50-52.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending regarding the property named herein and the time has expired for presenting such petitions.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all possessory rights, ownership rights, and all rights, titles, and interests in the property hereinafter described are condemned, forfeited, and vested in the United States:

1. $505,544.91 United States currency from United States Bank Account ending in 7046; and

2. $21,079.05 United States currency in lieu of 8325 Jeeves Circle, Las Vegas, Nevada 89149, more particularly described as

    THAT PORTION OF THE NORTHWEST QUARTER (NW 1/4) OF THE SOUTHWEST QUARTER (SW 1/4) OF SECTION 28, TOWNSHIP 19 SOUTH, RANGE 60 EAST, M.D.B. AND M., DESCRIBED AS FOLLOWS:

    LOT FOUR (4) OF THAT CERTAIN PARCEL MAP ON FILE IN BOOK 104 OF PARCEL MAPS, PAGE 55, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA, AND RECORDED MARCH 27, 2003 IN BOOK 20030327 AS DOCUMENT NO. 02243, OFFICIAL RECORDS, AND ALL IMPROVEMENTS AND APPURTENANCES THEREON, APN: 125-28-304-018.

(all of which constitutes property);

and that the United States recover from Regina Brice the in personam criminal forfeiture money judgment of $1,137,513.40, and that the property will be applied toward the payment of the money judgment under Ninth Circuit case law, forfeiture statutes, and Fed. R. Crim. P. 32.2(b)(2)(A) and the forfeiture of the money judgment and the property is imposed under Fed. R. Crim. P. 32.2(b)(4)(A) and (b)(4)(B); Fed. R. Crim. P. 32.2(c)(2); 18 U.S.C. § 981(a)(1)(C) with 28 U.S.C. § 2461(c); 18 U.S.C. § 982(a)(7); and 21 U.S.C. §

///

853(n)(7) and 853(p); that the money judgment shall be collected; and that the property and the collected amount shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that under Fed. R. Crim. P. 32.2(c) and 21 U.S.C. § 853(n)(7), all possessory rights, ownership rights, and all rights, titles, and interests in the property are extinguished and are not recognized for Regina Brice, the Nevada Attorney General, Above and Beyond Behavioral Health Services, Inc., the Nevada Department of Health and Human Services, Joe Brice, Mercedes Ward, Porchett or Porschett Ward, and all third parties.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the government's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the Clerk send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office, Attention Asset Forfeiture Unit.

DATED  April 17, , 2025.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE